IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-03110-CMA-CBS

DAVID P. FOOTE,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, and
ESTES EXPRESS LINES, d/b/a G.I. TRUCKING COMPANY,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

    Pursuant to the Stipulation To Dismiss With Prejudice (Doc. # 17) signed by the attorneys for the parties hereto, it is

    ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney fees and costs.

    DATED:  May   22  , 2012

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Court Judge